# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSEPH SMOLKA AND ROBIN SMOLKA** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | NO. 15-557 |
| **237 KING PARTNERS, LLC et al.** | : | |

## ORDER

**AND NOW**, this 12th day of August 2015, it having been reported this matter has settled, it is **ORDERED:**

1. This action is **DISMISSED** without costs, pursuant to agreement of counsel and Local Rule of Civil Procedure 41.1(b); and,

2. The Clerk of Court shall mark this matter **CLOSED**.

_____
**KEARNEY, J.**